Kearney R. ADAMS et al., Appellants,

v.

Delbert SHOOPMAN, Appellee.

Court of Appeals of Kentucky.

Oct. 10, 1958.

Ira L. Pittman, Liberty, for appellants.

H. Myer Garner, Liberty, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Casey Circuit Court, Honorable James C. Carter, Jr., Judge, dismissing appellants' complaint seeking possession of a certain building occupied by appellee under a written lease. Appellants base their right of re-entry on the allegation of non-payment of rent.

Inasmuch as the lease does not contain a forfeiture clause, the appellee's failure to pay rent when due does not constitute a ground upon which appellant may be granted relief in this action. 32 Am.Jur.,

Landlord and Tenant, Section 852, p. 723; 51 C.J.S. Landlord and Tenant § 104(b), p. 683.

The motion for appeal is overruled and the judgment stands affirmed.

MONTGOMERY, J., not sitting.